AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 16 Cr. 342 (GTS) |
| Gilbert Rosa Sanchez | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gilbert Rosa Sanchez.

Date:   01/05/2017

/s
*Attorney's signature*

Daniel DeMaria (Bar No. 518452)
*Printed name and bar number*

Merchant Law Group LLP
535 Fifth Avenue, Fl. 25
New York, NY 10017
*Address*

ddemaria@nyslitigators.com
*E-mail address*

(212) 658-1710
*Telephone number*

(212) 658-1711
*FAX number*