# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Albany - Main Office | Syracuse - Branch Office |
| 39 NORTH PEARL ST. | 4 CLINTON SQUARE |
| 5TH FLOOR | 3RD FLOOR |
| ALBANY, NY 12207 | SYRACUSE, NY 13202 |
| (518) 436-1850 | (315) 701-0080 |
| (518) 436-1780 FAX | (315) 701-0081 FAX |

**RESPOND TO SYRACUSE OFFICE**   Lisa Peebles, Federal Public Defender

April 23, 2018

Hon. Glenn T. Suddaby
United States District Court
United States Courthouse
James M. Hanley Federal Building
100 South Clinton Street
Syracuse, New York    13261

**RE:    UNITED STATES V. GILBERT ROSA SANCHEZ**
           **CASE NO. 16-CR-342**

Dear Chief Judge Suddaby:

      The government has proposed a settlement offer regarding the forfeiture issue, but I have not been able to communicate with Mr. Sanchez because he is currently housed at Fort Dix, New Jersey.   A letter has been sent to Mr. Sanchez and I have scheduled a visit with him for the second week in May to discuss the government's proposal.

      Therefore, I would respectfully request that we schedule a status conference for May 25, 2018.

      Thank you for your consideration.

                                Respectfully,
                                OFFICE OF THE FEDERAL PUBLIC DEFENDER

            By:

                            *S/Lisa A. Peebles, Esq.*
                            Federal Public Defender

LAP:vlb
Enc.