

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*          *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*   *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

June 6, 2018

Hon. Glenn T. Suddaby
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, New York 13261-7367

    Re:   *United States v. Gilbert Rosa Sanchez, a/k/a Julian Lucia-Cedano*
            **Criminal No.: 16-CR-342**

Dear Judge Suddaby:

    Per Your Honor's Text Order of May 24, 2018, please allow this letter to serve as a status report regarding the above-referenced matter. Counsel for Mr. Sanchez has notified the government that their client is not in agreement with the entry of an agreed upon money judgment.

    Pursuant to Federal Rule of Criminal Procedure 32.2(b)(1)(B) the court's determination of the amount of money that the defendant will be ordered to pay may be based on any additional evidence or information submitted by the parties and accepted by the court. However, if the forfeiture is contested, on either party's request the court must conduct a hearing. The government is prepared to go forward with the submission of affidavits, evidence, and information. However, Mr. Sanchez is requesting a hearing.

    Accordingly, the parties would request that the matter be set down for a hearing on the forfeiture money judgment.

    Respectfully submitted,

    GRANT C. JAQUITH
    United States Attorney

By:   */s/ Tamara B. Thomson*
      Tamara B. Thomson
      Assistant United States Attorney
      Bar Roll No. 515310

TBT/bcr
cc: Juan Rodriguez, II, Esq., *via* ECF
    Lisa A. Peebles, Esq,, *via* ECF